UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-107-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| WISDOM WILLIS | ) | ORDER |
| | ) | |

THIS MATTER is before the Court on the United States of America's Consent Motion to Dismiss without prejudice the above-captioned Bill of Indictment, because the Defendant has entered a guilty plea in a related Bill of Information in 3:21-cr-155-MOC. (Doc. No. 16).

The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the Bill of Indictment without prejudice.

Thus, the Motion is **GRANTED**.

Signed: August 11, 2021

Max O. Cogburn Jr.
United States District Judge